PER CURIAM.
Affirmed. McNamara v. State, 357 So.2d 410 (Fla.1978); Bey v. State, 355 So.2d 850 (Fla. 3d DCA 1978); United States v. Santana, 427 U.S. 38, 96 S.Ct. 2406, 49 L.Ed.2d 300 (1976); Warden, Maryland Penitentiary v. Hayden, 387 U.S. 294, 87 S.Ct. 1642, 18 L.Ed.2d 782 (1967); People v. Rogers, 52 N.Y. 527, 439 N.Y.S.2d 96, 421 N.E.2d 491 (May 7, 1981); State v. Maier, 378 So.2d 1288 (Fla. 3d DCA 1979); Knight v. State, 392 So.2d 337 (Fla. 3d DCA 1981); Barnhill v. State, 393 So.2d 557 (Fla. 4th DCA 1980).